HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: Howard_Shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
BRUCE ALBERT WHITE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUCE ALBERT WHITE,

Defendant.

Case No. CR 92-894-ABC-2 - TJH

**~~[PROPOSED]~~ ORDER MODIFYING JUDGMENT PURSUANT TO SECTION 404 OF THE FIRST STEP ACT**

**REG NO. 98020-012**

Having considered defendant Bruce Albert White's Motion for Reduction of Sentence Under the First Step and Fair Sentencing Acts, and Pursuant to General Order 19-02, the Court hereby GRANTS THE MOTION. It is further ordered that:

Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) is reduced to ~~323 months of imprisonment, which consists of:~~ time served plus 8 years of supervised release

~~A concurrent term of 263 months on counts 1 and 2 to run concurrent to a term of 120 months on counts 6, 7, and 8. The sentence on counts 1, 2, 6, 7, and 8 shall be served concurrently with each other. A concurrent term of 60 months on counts 3, 4, and 5, but said sentence shall run consecutively to the sentence on counts 1, 2, 6, 7, and 8.~~

///

///

All other terms and conditions of the last judgement shall remain the same, except that General order 18-10 shall apply.

DATED: 12/16/19

By [signature]
HON. TERRY J. HATTER, JR.
United States District Judge

**CC: USM, BOP**